HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

*E-FILED - 1/22/10*

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELIQUE N. COE, | Case No:  C09-02364 RMW PVT |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (60) days up through and including Monday, January 25, 2010 in which to e-file her Motion for Summary Judgment.  This extension is necessitated because: (1) of the number of other cases Plaintiff's counsel currently has before

1

STIPULATION AND ORDER

1   this district court and other district courts that also require briefing around this time; and (2)
2   Plaintiff's counsel will be out of the Bay Area for significant portions during this time.

JOSEPH P. RUSSONIELLO
United States Attorney

.

Dated: November 24, 2009        /s/
                                SHEA LITA BOND
                                Special Assistant U.S. Attorney


Dated: November 24, 2009        /s/
                                HARVEY P. SACKETT
                                Attorney for Plaintiff
                                ANGELIQUE N. COE

IT IS SO ORDERED.

Dated: 1/22/10                  *Ronald M. Whyte*

                                HON. RONALD M. WHYTE
                                United States District Judge

2
STIPULATION AND ORDER