```
 1  HARVEY P. SACKETT (72488)
 2  SACKETT
    AND ASSOCIATES
 3  A PROFESSIONAL LAW CORP.
    1055 Lincoln Avenue
 4  Post Office Box 5025
    San Jose, California 95150-5025
 5  Telephone: (408) 295-7755                    *E-FILED - 2/2/10*
 6  Facsimile: (408) 295-7444

 7  /as

 8  Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANGELIQUE N. COE, | ) No.: C09-02364 RMW PVT |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
| | ) DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

|     |                          |                                              |
| --- | ------------------------ | -------------------------------------------- |
| 1   |                          | JOSEPH P. RUSSONIELLO                        |
| 2   |                          | United States Attorney                       |
| 3   |                          |                                              |
| 4   |                          |                                              |
| 5   | Dated: January 25, 2010  | /s/_____                   |
| 6   |                          | SHEA LITA BOND                               |
|     |                          | Special Assistant U.S. Attorney              |
| 7   |                          |                                              |
| 8   |                          |                                              |
| 9   |                          |                                              |
| 10  | Dated: January 25, 2010  | /s/_____                   |
| 11  |                          | HARVEY P. SACKETT                            |
|     |                          | Attorney for Plaintiff                       |
| 12  |                          | ANGELIQUE N. COE                             |

IT IS SO ORDERED.

Dated: 2/2/10

*Ronald M. Whyte* (signature)

_____
HON. RONALD M. WHYTE
United States District Judge