HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

*E-FILED - 2/2/10*

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANGELIQUE N. COE, | ) | No.: C09-02364 RMW PVT |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER FOR DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

| | |
|---|---|
| 1 | |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | |
| 4 | |
| 5 Dated: January 25, 2010 | /s/_____ |
| 6 | SHEA LITA BOND<br>Special Assistant U.S. Attorney |

Dated: January 25, 2010                    /s/_____
                                           HARVEY P. SACKETT
                                           Attorney for Plaintiff
                                           ANGELIQUE N. COE

IT IS SO ORDERED.

Dated:  2/2/10  _____

*Ronald M. Whyte* (signature)

_____
HON. RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER                    2